# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNE SCHUTH, <br>     Plaintiff(s), <br> v. <br> SHELBY AMERICAN, INC., <br>     Defendant(s). | Case No.: 2:20-cv-01498-JCM-VCF <br><br> **Order** |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself as the settlement judge in this case.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of the settlement judge in this case.

IT IS SO ORDERED.

Dated: August 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1