PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: *psp@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNE SCHUTH,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELBY AMERICAN, INC., a domestic corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>    Defendants. | CASE NO.:   2:20-cv-01498-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |

Plaintiff, BRIANNE SCHUTH, by and through her counsel of record, PAUL S. PADDA, ESQ., of PAUL PADDA LAW, and Defendant, SHELBY AMERICAN, INC., by and through its counsel of record, MATTHEW T. DUSHOFF, ESQ. and JORDAN D. WOLFF, ESQ., of SALTZMAN MUGAN DUSHOFF, hereby stipulate to a brief continuance of the Early Neutral Evaluation ("ENE") currently scheduled for October 21, 2020, at the hour of 10:00 a.m.

The parties, by and through their respective counsel, have agreed to this short continuance of the ENE as Plaintiff is required to be out-of-state on the day of the currently scheduled proceeding.  The parties currently have the following availability, and hereby request

1

that the Early Neutral Evaluation be rescheduled for: November 4, 2020; November 5, 2020, November 11, 2020; or November 18, 2020 or any other date convenient for the Court.

    STIPULATED AND AGREED TO BY:

DATED this 16th day of September, 2020.       DATED this 16th day of September, 2020.

**PAUL PADDA LAW**      **SALTZMAN MUGAN DUSHOFF**

*/s/ Paul S. Padda*      */s/ Jordan D. Wolff*

PAUL S. PADDA, ESQ.       Matthew T. Dushoff, Esq.
Nevada Bar No. 10417       Nevada Bar No. 4975
4560 S. Decatur Boulevard, Ste. 300       Jordan D. Wolff, Esq.
Las Vegas, Nevada 89103       Nevada Bar No. 14968
*Attorney for Plaintiff*       1835 Village Center Circle
     Las Vegas, Nevada 89134
     *Attorneys for Defendant*

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation in the above-captioned matter be rescheduled to Monday, November 23, 2020 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the ENE briefs are due by noon on Monday, November 16, 2020.  All other provisions of the Court's Order (ECF No. 9) remain in effect.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: September 18, 2020