PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: *psp@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNE SCHUTH,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELBY AMERICAN, INC., a domestic corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>    Defendants. | CASE NO.:   2:20-cv-01498-JCM-VCF<br><br>**STIPULATION AND ORDER TO POSTPONE AND RE-SCHEDULE EARLY NEUTRAL EVALUATION (ENE) CONFERENCE**<br><br>**(First Request)** |

Plaintiff, BRIANNE SCHUTH, by and through her counsel of record, PAUL S. PADDA, ESQ., of PAUL PADDA LAW, and Defendant, SHELBY AMERICAN, INC., through its counsel of record, SALTZMAN MUGAN DUSHOFF, hereby stipulate and agree and hereby request that the Court allow the parties to postpone and re-schedule the Early Neutral Evaluation (ENE) Conference presently scheduled for December 22, 2020 at 9:00 a.m. to March 3, 2021. This request to re-schedule and postpone the current ENE on December 22, 2020 is based, in part, on request by parties to extend time to file Reply and Response to Reply for Defendant Shelby American, Inc.'s recently filed Motion for Summary Judgment (ECF Doc. No. 18).

This stipulation and order is not being made for any improper purpose or for delay, but to accommodate recent, unanticipated scheduling needs of the parties.

1

DATED this 15th day of December 2020

PAUL PADDA LAW, PLLC

 /s/ Paul S. Padda
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103

Attorneys for Plaintiff

DATED this 15th day of December 2020.

SALTZMAN MUGAN DUSHOFF

 /s/ Jordan D. Wolff
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Defendant

## ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.

On the basis of good cause: the 12/22/2020 ENE is VACATED and RESCHEDULED to 3/3/2021 at 9:00 AM; the 12/21/2020 pre-ENE telephonic status conference is VACATED and RESCHEDULED to 3/2/2021 at 3:00 PM; ENE briefs are due 2/24/2021. The parties are directed to review ECF No. 19 for instructions on how to submit their ENE statements and participate in the status conference and ENE.

**IT IS SO ORDERED**

**DATED:** 6:29 pm, December 15, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**