PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: *psp@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNE SCHUTH,<br><br>  Plaintiff,<br><br>vs.<br><br>SHELBY AMERICAN, INC., a domestic corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>  Defendants. | CASE NO.:   2:20-cv-01498-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT SHELBY AMERICAN, INC.'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF Doc. No. 18)**<br><br>**(First Request)** |

Plaintiff, BRIANNE SCHUTH, by and through her counsel of record, PAUL S. PADDA, ESQ., of PAUL PADDA LAW, and Defendant, SHELBY AMERICAN, INC., through its counsel of record, SALTZMAN MUGAN DUSHOFF, hereby stipulate and agree to allow Plaintiff an addition thirty (30) days from December 11, 2020 to file a reply to Defendant's Motion for Summary Judgment (ECF Doc. No. 18) thereby making Plaintiff's reply to said Motion due on or before **January 11, 2021**.  By this extension, Plaintiff and Defendant also stipulate and agree to allow Defendant up through **January 29, 2021** to provide its response in Reply to Plaintiff's Reply to Defendant's Motion for Summary Judgment.

1

This stipulation is made after conference by parties' counsels in good faith and not for purposes of undue delay.

DATED this 10th day of December, 2020   DATED this 10th day of December, 2020.

PAUL PADDA LAW, PLLC   SALTZMAN MUGAN DUSHOFF


 /s/ Paul S. Padda   /s/ Jordan D. Wolff
PAUL S. PADDA, ESQ.   MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 10417   Nevada Bar No. 004975
4560 S. Decatur Boulevard, Ste. 300   JORDAN D. WOLFF, ESQ.
Las Vegas, Nevada 89103   Nevada Bar No. 014968
  1835 Village Center Circle
Attorneys for Plaintiff   Las Vegas, Nevada 89134

  Attorneys for Defendant

### ORDER

IT IS SO ORDERED:
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

*/s/ James C. Mahan*

DATED: December 16, 2020.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT SHELBY AMERICAN, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF Doc. No. 18)** with the Clerk of the Court by using the electronic filing system on the 11th day of <u>December</u> 2020. I further certify that the following participants in this case are registered electronic filing system users and will be served electronically:

Matthew T. Dushoff, Esq.
Jordan D. Wolff, Esq.
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

/s/ Lani Esteban
_____
**An Employee of PAUL PADDA LAW**

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940