MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:   mdushoff@nvbusinesslaw.com
          jwolff@nvbusinesslaw.com
          wgonzales@nvbusinesslaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHELLEY D. KROHN, Trustee of the Brianne Schuth Bankruptcy Estate,<br><br>Plaintiff,<br><br>vs.<br><br>SHELBY AMERICAN, INC.; a domestic corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01498-JCM-VCF<br><br>**STIPULATION AND ORDER TO POSTPONE AND RE-SCHEDULE EARLY NEUTRAL EVALUATION (ENE) CONFERENCE**<br><br>(Third Request) |

SHELLEY D. KROHN, Trustee of the Brianne Schuth Bankruptcy Estate, and Defendant, SHELBY AMERICAN, INC., through its counsel of record, SALTZMAN MUGAN DUSHOFF, hereby stipulate and agree and hereby request that the Court allow the parties to postpone and re-schedule the Early Neutral Evaluation (ENE) Conference presently scheduled for March 3, 2021 at 9:00 a.m. to April 8, 2021. This request to re-schedule and postpone the current ENE on March 3, 2021 is necessary because Ms. Krohn presently has a motion returnable on March 4,

2021 in a related bankruptcy proceeding in U.S. Bankruptcy Court, District of Nevada (Case No.: 19-12103-abl) seeking to employ Paul Padda Law, PLLC as special counsel to represent her in this matter (*see* Docket No. 38).

This stipulation and order is not being made for any improper purpose or for delay, but to accommodate recent, unanticipated scheduling needs of the parties.

DATED this 28 day of February, 2021.

SHELLEY D. KROHN, Trustee

*/s/ Shelley Krohn*

SHELLEY D. KROHN, Trustee
P.O. Box 34690
Las Vegas, Nevada 89133

Shelley D. Krohn, Trustee of the Brianne Schuth Bankruptcy Estate

**IT IS ORDERED that ECF No. 33 is GRANTED. The pre-ENE conference call is continued to April 7, 2021 at 3:00 p.m. The ENE is continued to April 8, 2021 at 9:00 a.m.**

DATED this 26th day of February, 2021.

SALTZMAN MUGAN DUSHOFF

*/s/ Will*

MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Defendant

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3/2/2021

---

*Brianne Schuth v. Shelby American, Inc*/2:20-cv-01498-JCM-VCF
Stipulation and Order to Postpone and Re-Schedule Early Neutral Evaluation (ENE) Conference

(10345-2)                                          Page 2 of 3

SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
TEL: (702) 405-8500 / FAX: (702) 405-8501

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Saltzman Mugan Dushoff, and that on the 26th day of February, 2021, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER TO POSTPONE AND RE-SCHEDULE EARLY NEUTRAL EVALUATION (ENE) CONFERENCE** in the following manner:

(ELECTRONIC SERVICE)   Pursuant to FRCP 5, LR IC4-1, and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103

Attorney for Plaintiff
BRIANNE SCHUTH

SHELLEY D. KROHN, Trustee
P.O. Box 34690
Las Vegas, Nevada 89133

Trustee of the Brianne Schuth Bankruptcy Estate

_____
An Employee of SALTZMAN MUGAN DUSHOFF

(10345-2)    Page 3 of 3