MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail: mdushoff@nvbusinesslaw.com
jwolff@nvbusinesslaw.com
wgonzales@nvbusinesslaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHELLEY D. KROHN, Trustee of the Brianne Schuth Bankruptcy Estate,<br><br>Plaintiff,<br><br>vs.<br><br>SHELBY AMERICAN, INC.; a domestic corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01498-JCM-VCF<br><br>**JOINT STATUS REPORT** |

In accordance with this Court's Minute Order dated April 9, 2021 (Dkt. No. 40), Plaintiff Brianne Schuth ("Schuth") and Defendant Shelby American, Inc. ("Shelby"), acting through counsel, hereby provide this Joint Status Report to the Court with respect to the settlement reached during their Early Neutral Evaluation on April 8, 2021 (the "ENE"). The Parties note that the U.S. Bankruptcy Court for the District of Nevada has ordered that the claims previously at issue in this action have been abandoned by the Trustee, Shelley D. Krohn, in Schuth's ongoing bankruptcy

(10345-2)

proceeding as of April 30, 2021 (*see* Case No. 19-12103-abl, Dkt. No. 45). Thus, Trustee Krohn is no longer the real party of interest with respect to Schuth's claims, and so Schuth joins in this Joint Status Report on her own behalf. Following the abandonment of the claims by Trustee Krohn, the Parties are now working on drafting a settlement agreement encompassing the settlement terms agreed upon at the ENE, which they presume will be executed in conjunction with the filing of a stipulation of discontinuance with prejudice in short order. The Parties will advise the Court if any issues arise with finalizing the agreement for which intervention by the Court would be beneficial.

DATED this 10th day of May, 2021.

PAUL PADDA LAW, PLLC

/s/ Paul S. Padda

PAUL S. PADDA, ESQ.
Nevada Bar No. 010417
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103

Attorney for Plaintiff

DATED this 10th day of May, 2021.

SALTZMAN MUGAN DUSHOFF

MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Defendant

**ORDER**

Based on the parties' joint status report (ECF No. 41) IT IS ORDERED that by 6/14/2021 the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 12:30 pm, May 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

(10345-2)